UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CYNTHIA BOYD,

          Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

          Defendant.

CASE NO. C11-6030BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendant's decision is **REVERSED**; and

(3)    This action is **REMANDED** for further administrative proceedings in accordance with the findings contained in the R&R and 42 U.S.C. § 405(g).

Dated this 11th day February, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER